COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| HERBERT EVANS, | § | No. 08-12-00274-CR |
| Appellant, | § | Appeal from |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20110D03481) |

## MEMORANDUM OPINION

Herbert Evans is attempting to appeal his convictions of possession of child pornography with intent to promote (Count I) and possession of child pornography (Counts II through XXIV). We dismiss the appeal for want of jurisdiction.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). The trial court imposed sentence in open court on Counts I through XXIV on December 20, 2011. Appellant did not file a motion for new trial. Therefore, his notice of appeal was due to be filed on January 19, 2012, thirty days after the date sentence was imposed in open court. *See* TEX.R.APP.P. 26.2(a)(1). Appellant did not file his notice of appeal until August 23, 2012. Consequently, he failed to perfect this appeal. We dismiss the appeal for want of jurisdiction.

November 14, 2012 

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)